■ HOWARD BAYER, as Executor of BERNARD GOLDING, Deceased, v. GOLDING BROS. COMPANY INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

## (October 14, 1958)

■ In the Matter of the Probate of the Will of ELIAS A. COHEN, Deceased. MARIE B. COHEN, Appellant-Respondent; ESTELLE L. FRINDEL et al., as Executors of ELIAS A. COHEN, Deceased, Respondents-Appellants.— Order unanimously affirmed, with costs to abide the event. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ EDITH KRAMER, Respondent, v. AUSTRAL AMERICAN TRADING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Dissolution of MILTON POINT REALTY Co., INC. BENJAMIN B. BARISON et al., Appellants; ANNE ANDERSON, Respondent.— This is an appeal from an order granting an application for dissolution of a corporation pursuant to the General Corporation Law (§ 103) and appointing a Referee to hear and determine the facts as to whether a final order of dissolution should be entered pursuant to article 9 of that law. The determination made at Special Term was correct. The parties stipulated on the argument that in the event this court should affirm the order insofar as a reference was directed, Hon. ISIDOR WASSERVOGEL, Special Referee, be substituted in place of the Referee designated in the order at Special Term. The Special Term order is modified to substitute the name of the Special Referee and to provide a different time and place for the holding of hearings and the time of publication. As modified, the order is otherwise affirmed, without costs. Settle order. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ. [13 Misc 2d 277.]

■ J. ARTHUR LEVE, as Ancillary Administrator, C. T. A. under the Will of DENIS P. S. C. DOYLE, Deceased, Appellant, v. ADRIAN C. DOYLE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ. [13 Misc 2d 274.]

■ In the Matter of the Arbitration between TERMINAL AUXILIAR MARITIMA, S. A., Respondent, and WINKLER CREDIT CORPORATION et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ CELIA A. HAVENDER, Appellant, v. JAMES HAVENDER, Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ LORTOGS Co., Respondent, v. FAIR-TEX MILLS, INC., Appellant, et al., Defendant.— Upon consent of the appellant this appeal is dismissed, without costs, without prejudice to the right of the defendant-appellant, if so advised, to make a motion to require plaintiff to separately state and number the amended complaint. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ JOSEPH M. BRUSH, as Administrator of the Estate of SPYRIDON J. PARAMYTHIOTIS, Deceased, Appellant, v. PENELOPE V. P. VARTHIS, Respondent.— Order denying judgment on default unanimously affirmed, with $20 costs and disbursements to the appellant. No opinion. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.